IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01158-BNB

CERISE G. JONES,

    Plaintiff,

v.

OFFICER SORENSON,
OFFICER ROTH,
ADAMS COUNTY DETENTION FACILITY,
MEDICAL UNIT,
DR. GRADIC[,] MEDICAL,
SHELLY[,] MEDICAL,
RON[,] MEDICAL, and
MELANIE GREGORY[,] [Illegible],

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 25 2008

GREGORY C. LANGHAM
                           CLERK

## ORDER OF DISMISSAL

Plaintiff, Cerise G. Jones, was confined at the Adams County Detention Facility in Brighton, Colorado, when Plaintiff submitted to the Court *pro se* an amended Prisoner Complaint.

In an order filed on June 17, 2008, Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915 (2006), required her to pay the full amount of the $350.00 filing fee in installments, and directed her to pay an initial partial filing fee of $3.00 within thirty days or to show cause why she has no assets and no means by which to pay the designated initial partial filing fee. The June 16 order warned Plaintiff that if she failed by the designated deadline to have the $3.00 initial partial filing fee sent to the clerk of the Court or to show cause why she has no assets

and no means by which to pay the initial partial filing fee, the amended complaint would be dismissed without further notice. On June 19, 2008, the June 16 order was returned to the Court in an envelope stamped "Return to Sender" and "Addressee No Longer at this Address."

Plaintiff has failed within the time allowed to pay the $3.00 initial partial filing fee, to show cause why she is unable to do so, or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the amended Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure within the time allowed to pay the initial partial filing fee of $3.00 or to show cause why she has no assets and no means by which to pay the designated initial partial filing fee.

DATED at Denver, Colorado, this 24 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01158-BNB

Cerise G. Jones
Prisoner No. 07-15159
Adams County Det. Facility
150 N. 19th Ave.
Brighton, CO 80601

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/25/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk